UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK          PRESENTMENT DATE: 1/10/06
--------------------------------------------------------X                         AT: 10 a.m.
                                                                        :
       In the Matter                         :          Chapter 7 Case
                                                                        :          No. 05-33703
         -of-                                       :
                                                                        :
BALBIR SINGH and                                   :
DARSHAN KAUR,                                     :
                                                                        :
                     Debtors.                 :
                                                                        :
--------------------------------------------------------X

## ORDER TRANSFERRING VENUE OF CASE

**UPON** the Application of Naresh M. Gehi, Esq. for entry of an Order pursuant to Fed. R. Bankr. P. ~~PURSUANT TO THE Bankruptcy Rule~~ 1014(a)(2), transferring the Debtors' case from the Eastern District of New York, to the Southern District of New York; and a hearing having been held on January 10, 2006; ~~and it appearing that the Debtor do not object to the relief sought by the Counsel;~~ and good and sufficient cause appearing therefore; and no further or other notice of the Application ~~motion~~ being required, it is:

      ORDERED, that the ~~Debtors' Attorney's A~~application be, and it hereby is, granted; and it is further

      ORDERED, that the venue of this case be, and it hereby is, transferred to the United States Bankruptcy Court for the Southern District of New York; and it is further

ORDERED, the deadline for parties in interest to object to the Debtors' discharges or to determine the dischargeability ~~discharge ability~~ of certain debts be, and it hereby is, extended until the date fixed by the Clerk of the United States Bankruptcy Court for the Southern District of New York.

Dated: January 26, 2006
       Brooklyn, New York

                             s/Jerome Feller
                        HONORABLE JEROME FELLER
                        UNITED STATES BANKRUPTCY JUDGE